UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC DRAKE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No: |
| ) | 1:20-CV-03935-SDG |
| U.S. FREEDOM CAPITAL, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS U.S. FREEDOM CAPITAL, LLC AND ADORA 9 OPERATIONS LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE [SECOND] AMENDED COMPLAINT

COME NOW Defendants U.S. FREEDOM CAPITAL, LLC and ADORA 9 OPERATIONS LLC (collectively, "Defendants") and respectfully object to and respond to Plaintiff's "Motion for Leave to File [Second] Amended Complaint" [Doc. 54] as follows:

Plaintiff's latest filing is part of an extended campaign of frivolous litigation pursued by Plaintiff in this court and other courts. As has been pointed out in previous filings by multiple Defendants, Plaintiff has been declared a vexatious *pro se* litigant in other jurisdictions. Most recently here, Plaintiff seeks to add a claim to his already meritless lawsuit for "oral agreement to settle the Plaintiff's


artwork." *Motion*, p. 4. As part of his motion, Plaintiff requests that he "be allowed to depose U.S. Freedom's counsel of the events."

The motion and proposed Second Amended Complaint purport, on their face, to be based on conduct ***not*** attributable to the undersigned counsel for Defendants (or any other counsel for these Defendants); and, in any event, would not be actionable for numerous legal reasons. Primarily though, Plaintiff's newest proposed amendment would be futile because this Court has no personal jurisdiction over Defendants in the first place. *See* Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [Doc. 35].[1]

Plaintiffs latest filing changes nothing and does not fairly and appropriately plead facts which would confer jurisdiction over Defendants. Thus, even assuming that a breach of contract claim for, supposedly, settling one of the underlying claims in a pending lawsuit was the appropriate procedural vehicle to address a failure/refusal to perform the terms of a settlement (it is not), Plaintiff's claims remain subject to dismissal for lack of personal jurisdiction.

Because Plaintiff's effort is futile and/or merely intended to cause delay and/or in bad faith, Defendants respectfully submit that Plaintiff's motion be denied.

---

[1] Multiple motions to dismiss are pending.

This 5th day of February, 2021.

        MOORMAN PIESCHEL, LLC

        /s/Christopher G. Moorman
        Christopher G. Moorman
        Georgia State Bar No. 521490

        Attorney for Defendants
        U.S. Freedom Capital LLC
        and Adora 9 Operations LLC

One Midtown Plaza, Suite 1205
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404)898-1242
(404) 898-1241 facsimile

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC DRAKE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No: |
| | ) | 1:20-CV-3935-SDG |
| U.S. FREEDOM CAPITAL, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1, N.D.Ga., the above signatory attorney certified that this pleading was prepared with Times New Roman (14 point), one of the fonts and point selections approved by the Court in Local Rule 5.1 B, N.D.Ga.

/s/Christopher G. Moorman
Christopher G. Moorman
Georgia Bar No. 521490

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing DEFENDANTS U.S. FREEDOM CAPITAL, LLC AND ADORA 9 OPERATIONS LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE [SECOND] AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will automatically send email notification to such attorneys of record:

Carl H. Anderson, Jr.
Hawkins Parnell & Young LLP
303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308-3243

Diane B. Weinberg
Weinberg Elder Law, LLC
10 Glenlake Parkway, Suite 130
Sandy Springs, GA 30328

Caroline Meredith
Texas Attorney General's Office
General Litigation Division - 019
P.o. Box 12548, Capitol Station
Austin, TX 78711-2548

Jason S. Naunas, Esq.
Georgia Attorney General's Office
Department of Law
40 Capitol Square, SW
Atlanta, GA 30334

and by sending a true and correct copy by electronic mail and by First Class U.S. Mail to Plaintiff at the following address:

Eric Drake
P.O. Box 177
Duluth, GA 30096
victorstems44@gmail.com

This 5th day of February, 2020.

                                MOORMAN PIESCHEL, LLC

                                /s/Christopher G. Moorman
                                Christopher G. Moorman
                                Georgia State Bar No. 521490

One Midtown Plaza, Suite 1205
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404)898-1242
(404) 898-1241 facsimile